**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____  Chapter **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **North Fork Community Power, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 46-2943687 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **P.O. Box 30032** **Walnut Creek, CA 94598** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Contra Costa** County | **Location of principal assets, if different from principal place of business** 58002 Hancock Way North Fork, CA 93643 Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Case: 22-41001     Doc# 1     Filed: 10/11/22     Entered: 10/11/22 21:19:44     Page 1 of 38

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

2211

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | Relationship |
|---|---|---|
| District | When | Case number, if known |

**11.  Why is the case filed in this district?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency  _____
Contact name  _____
Phone  _____

---

■ **Statistical and administrative information**

**13.  Debtor's estimation of available funds**   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| **Request for Relief, Declaration, and Signatures** |
|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___**October 11, 2022**___
MM / DD / YYYY

**X** **/s/ Gregory J. Stangl**
Signature of authorized representative of debtor

**Gregory J. Stangl**
Printed name

Title ___**Authorized Agent**___

**18. Signature of attorney**

**X** **/s/ John H. MacConaghy**
Signature of attorney for debtor

Date **October 11, 2022**
MM / DD / YYYY

**John H. MacConaghy 083684**
Printed name

**MacConaghy & Barnier, PLC**
Firm name

**645 First St. West, Suite D**
**Sonoma, CA 95476**
Number, Street, City, State & ZIP Code

Contact phone **707-935-3205**     Email address

**083684 CA**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **North Fork Community Power, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**October 11, 2022**__      X */s/ Gregory J. Stangl*
                                                                           Signature of individual signing on behalf of debtor

                                                                           **Gregory J. Stangl**
                                                                           Printed name

                                                                           **Authorized Agent**
                                                                           Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **North Fork Community Power, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Cal. EDD PO Box 826846 Sacramento, CA 94246-0001** | | **Listed for notice only** | | | | **Unknown** |
| **Central Valley NMTC Sub VII, LLC 1401 Fulton St., Ste. 604 Fresno, CA 93721** | | **Energy plant under construction at 58002 Hancock Way, North Fork, CA 93643** | **Contingent** | | | **$5,820,000.00** |
| **Franchise Tax Board Special Procedures P.O. Box 2952 Sacramento, CA 95812** | | **Listed for notice only** | | | | **Unknown** |
| **Internal Revenue Service Special Procedures (CIO) Philadelphia, PA 19114** | | **Listed for notice only** | | | | **Unknown** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **North Fork Community Power, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

---

**Part 1:**    **Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B*........................................................................................ $    **22,872,622.14**

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*..................................................................................... $    **1,466,098.00**

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*....................................................................................... $    **24,338,720.14**

---

**Part 2:**    **Summary of Liabilities**

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $    **17,415,500.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $    **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$    **10,408,240.78**

4. **Total liabilities** ......................................................................................................................
    Lines 2 + 3a + 3b        $    **27,823,740.78**

Case: 22-41001    Doc# 1    Filed: 10/11/22    Entered: 10/11/22 21:19:44    Page 7 of 38

**Fill in this information to identify the case:**

Debtor name   **North Fork Community Power, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property   **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1.  **Amalgamated Bank** | **Operating** | **8144** | **$45,964.00** |
| 3.2.  **First Republic Bank** | **Escrow Account** | **1849** | **$1,077,331.00** |
| 3.3.  **Other accounts are listed on Appendix B-3, all of which are restricted accounts required to be maintained by loan documents** | | | **$0.00** |

4.   Other cash equivalents *(Identify all)*

5.   **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| |
|---|
| **$1,123,295.00** |

**Part 2:**   Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ■ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

Case: 22-41001   Doc# 1   Filed: 10/11/22   Entered: 10/11/22 21:19:44   Page 8 of 38

| 7.1. | **PG&E PPA Security Deposit** | $48,000.00 |
|------|-------------------------------|------------|

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
     Description, including name of holder of prepayment

9.   **Total of Part 2.**                                                      | $48,000.00 |
     Add lines 7 through 8. Copy the total to line 81.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:       **249,803.00**      -        **0.00**  = ....     $249,803.00
                            face amount            doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                    | $249,803.00 |
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|------------------------------------------|------------------------------------|
| 19.  Raw materials **Log inventory for gasification plant** | | **Unknown** | **N/A** | $45,000.00 |

20.    **Work in progress**

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**

23.    **Total of Part 5.**                                                    | $45,000.00 |
       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ■ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
     ■ No
     ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

     ■ No. Go to Part 7.
     ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

     ■ No. Go to Part 8.
     ☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

     ☐ No. Go to Part 9.
     ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.   **Aircraft and accessories** | | | |
| 50.   **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Machinery, fixtures, and equipment located on<br>partially constructed plant at 58002 Hancock<br>Way, North Fork, CA 93643.  Value is included<br>for plant identified in Schedule A.** | **Unknown** | | $0.00 |

51.   **Total of Part 8.**                                               $0.00
      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
     ☐ No
     ■ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com             Best Case Bankruptcy
Case: 22-41001    Doc# 1    Filed: 10/11/22    Entered: 10/11/22 21:19:44    Page 10 of 38

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.<br>**Energy plant under construction at 58002 Hancock Way, North Fork, CA 93643** | **Leasehold with option to purchase. Option has been exercised.** | **$22,872,622.14** | **Recent cost** | **$22,872,622.14** |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $22,872,622.14 |
|---|

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71.    **Notes receivable**
Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

        **Potential claim against SCV North Fork, LLC for breach of contract and related claims for failure to make required capital contributions**    **Unknown**

        **Nature of claim** _____

        **Amount requested**        **$0.00**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**    **$0.00**

        Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Case: 22-41001   Doc# 1   Filed: 10/11/22   Entered: 10/11/22 21:19:44   Page 12 of 38

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,123,295.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $48,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $249,803.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $45,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .......................................................................> | | $22,872,622.14 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,466,098.00 | + 91b. $22,872,622.14 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $24,338,720.14 |

Case: 22-41001    Doc# 1    Filed: 10/11/22    Entered: 10/11/22 21:19:44    Page 13 of 38

Debtor name   **North Fork Community Power, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1** | **County of Madera Tax Collector**
Creditor's Name

**200 W. 4th St.**
**Madera, CA 93637**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2022**
Last 4 digits of account number
**0021,6017**

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. County of Madera Tax Collector**
**2. UMB Bank, N.A., Trustee for Lapis Adv.**

**Describe debtor's property that is subject to a lien**
**Energy plant under construction at 58002 Hancock Way, North Fork, CA 93643**

**Describe the lien**
**Real property taxes**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$500.00**   Value of collateral: **$22,872,622.14**

---

**2.2** | **UMB Bank, N.A., Trustee for Lapis Adv.**
Creditor's Name

**Corporate Trust & Escrow Services**
**120 South Sixth St., Ste. 1400**
**Minneapolis, MN 55402**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

**Describe debtor's property that is subject to a lien**
**Energy plant under construction at 58002 Hancock Way, North Fork, CA 93643 and all other assets of the Debtor**

**Describe the lien**
**First deed of trust and UCC-1**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No

Amount of claim: **$17,370,000.00**   Value of collateral: **$22,872,622.14**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Case: 22-41001   Doc# 1   Filed: 10/11/22   Entered: 10/11/22 21:19:44   Page 14 of 38

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.3 | **UMB Bank, N.A., Trustee for Lapis Adv.** | **Describe debtor's property that is subject to a lien** | **$0.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Corporate Trust & Escrow Services**
**120 South Sixth St., Ste. 1400**
**Minneapolis, MN 55402**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Machinery, fixtures, and equipment located on partially constructed plant at 58002 Hancock Way, North Fork, CA 93643. Value is included for plant identified in Schedule A.**

**Describe the lien**
**UCC Financing**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **UMB Bank, N.A., Trustee for Lapis Adv.** | **Describe debtor's property that is subject to a lien** | **$0.00** | **$249,803.00** |
|---|---|---|---|---|

Creditor's Name

**Corporate Trust & Escrow Services**
**120 South Sixth St., Ste. 1400**
**Minneapolis, MN 55402**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**90 days or less: Funds due from North Fork Community Development Council for local infrastructure improvements**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case: 22-41001   Doc# 1   Filed: 10/11/22   Entered: 10/11/22 21:19:44   Page 15 of 38

| 2.5 | **UMB Bank, N.A., Trustee for Lapis Adv.** | **Describe debtor's property that is subject to a lien** | $0.00 | $45,964.00 |

Creditor's Name

**Corporate Trust & Escrow Services**
**120 South Sixth St., Ste. 1400**
**Minneapolis, MN 55402**

Creditor's mailing address

**Amalgamated Bank - Operating - Acct# 8144**

Creditor's email address, if known

**Describe the lien**

**Date debt was incurred**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **UMB Bank, N.A., Trustee for Lapis Adv.** | **Describe debtor's property that is subject to a lien** | $0.00 | $1,077,331.00 |

Creditor's Name

**Corporate Trust & Escrow Services**
**120 South Sixth St., Ste. 1400**
**Minneapolis, MN 55402**

Creditor's mailing address

**First Republic Bank - Escrow Account - Acct# 1849**

Creditor's email address, if known

**Describe the lien**

**Date debt was incurred**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **UMB Bank, N.A., Trustee for Lapis Adv.** | **Describe debtor's property that is subject to a lien** | $45,000.00 | $45,000.00 |

Creditor's Name

**Corporate Trust & Escrow Services**
**120 South Sixth St., Ste. 1400**
**Minneapolis, MN 55402**

Creditor's mailing address

**Log inventory for gasification plant**

**Describe the lien**

**UCC-1**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| | |
| --- | --- |
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| **Date debt was incurred** | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| | | |
| --- | --- | --- |
| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$17,415,500.00** |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
| --- | --- |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **Lapis Advisors, LP**<br>**811 East 17th Ave**<br>**Attn. Kjerstin Hatch and Cody Noll**<br>**Denver, CO 80218** | Line **2.2** | |
| **Locke Lord LLP**<br>**111 Huntington Ave**<br>**Attn. Adrienne K. Walker**<br>**Boston, MA 02199** | Line **2.2** | |
| **Locke Lord LLP**<br>**300 S. Grand Ave, Ste. 2600**<br>**Attn David Kupetz**<br>**Los Angeles, CA 90071** | Line **2.2** | |
| **UMB Bank, N.A.**<br>**928 Grand Blvd**<br>**Attn. Mark Heer and Scott Matthews**<br>**Kansas City, MO 64106** | Line **2.2** | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case: 22-41001    Doc# 1    Filed: 10/11/22    Entered: 10/11/22 21:19:44    Page 17 of 38

Fill in this information to identify the case:

Debtor name  **North Fork Community Power, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                        12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:      List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | **Unknown** | **Unknown** |
|  | **Cal. EDD**<br>**PO Box 826846**<br>**Sacramento, CA 94246-0001** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Listed for notice only** | |
|  | Last 4 digits of account number | Is the claim subject to offset? | |
|  | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | ■ No<br>☐ Yes | |

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address | **Unknown** | **Unknown** |
|  | **Franchise Tax Board**<br>**Special Procedures**<br>**P.O. Box 2952**<br>**Sacramento, CA 95812** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Listed for notice only** | |
|  | Last 4 digits of account number | Is the claim subject to offset? | |
|  | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | ■ No<br>☐ Yes | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**2.3** Priority creditor's name and mailing address

**Internal Revenue Service**
**Special Procedures (CIO)**
**Philadelphia, PA 19114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown        Unknown**

Date or dates debt was incurred

Basis for the claim:
**Listed for notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**Andrew Jacobson**
**Bay Oak Law**
**1939 Harrison St. Ste. 929**
**Oakland, CA 94612**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**$0.00**

Date(s) debt was incurred _

Basis for the claim:  **Attorney for Equityholder -- Listed for notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address

**Central Valley NMTC Sub VII, LLC**
**1401 Fulton St., Ste. 604**
**Fresno, CA 93721**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**$5,820,000.00**

Date(s) debt was incurred _

Basis for the claim:  **New Market Tax Credit  loan subject to $1,000 put/call option**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address

**EQTEC PLC**
**Building 1000**
**City Gate**
**Mahon T12 W7CV**
**Cork, Rep. of Ireland**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,770,467.98**

Date(s) debt was incurred _

Basis for the claim:  **Equityholder Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address

**James Holland**
**Stinson LLP**
**1850 N. Central Ave., Ste. 2200**
**Phoenix, AZ 85004**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**$0.00**

Date(s) debt was incurred _

Basis for the claim:  **Attorney for Equityholder -- Listed for notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address

**North Fork Community Development**
**Council**
**P.O. Box 1484**
**North Fork, CA 93643**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$9,580.00**

Date(s) debt was incurred _

Basis for the claim:  **Unpaid rent**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,192.80 |
|---|---|---|---|

**Phoenix Biomass Energy, Inc**
**P.O. Box 30032**
**Walnut Creek, CA 94598**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Equityholder loan for misc. payable__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400,000.00 |
|---|---|---|---|

**Phoenix Biomass Energy, Inc**
**P.O. Box 30032**
**Walnut Creek, CA 94598**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Deferred development fee__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,400,000.00 |
|---|---|---|---|

**Phoenix Biomass Energy, Inc**
**P.O. Box 30032**
**Walnut Creek, CA 94598**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __UMB Bank Bonds guaranty fee__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Bergman & Allerdice**<br>**1200 Wilshire Blvd, Ste. 610**<br>**Attn. Beth Bergman**<br>**Los Angeles, CA 90017** | Line **3.2**<br><br>☐ Not listed. Explain _____ | _ |
| 4.2 | **Holland & Knight LLP**<br>**131 So. Dearborn St., 30th Floor**<br>**Attn. Sameer Patel, Esq.**<br>**Chicago, IL 60603** | Line **3.2**<br><br>☐ Not listed. Explain _____ | _ |
| 4.3 | **Merrick Garland**<br>**Attorney General of the United States**<br>**U.S. Department of Justice**<br>**950 Pennsylvania Ave., NW**<br>**Washington, DC 20430-0001** | Line **2.3**<br><br>☐ Not listed. Explain _____ | _ |
| 4.4 | **Rebecca Yore**<br>**Vice President, Community Dev. Banking**<br>**JP Morgan Chase Bank**<br>**10 So. Dearborn, Floor 19 IL1- 0953**<br>**Chicago, IL 60603** | Line **3.2**<br><br>☐ Not listed. Explain _____ | _ |
| 4.5 | **Rob Bonta**<br>**Office of the Attorney General**<br>**1515 Clay St.**<br>**Attn. Service of Process**<br>**Oakland, CA 94612** | Line **2.1**<br><br>☐ Not listed. Explain _____ | _ |

Case: 22-41001   Doc# 1   Filed: 10/11/22   Entered: 10/11/22 21:19:44   Page 20 of 38

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.6 **Stephanie M. Hinds**<br>**U.S. Attorney, N.D. Cal**<br>**450 Golden Gate Ave., 11th Floor**<br>**Attn. Civil Process Desk**<br>**San Francisco, CA 94102** | Line __2.3__<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 **Timothy Karp**<br>**Chase Community Equity, LLC**<br>**JP Morgan Chase Bank NA**<br>**300 South Grand Ave 4th Floor**<br>**Los Angeles, CA 90071** | Line __3.2__<br><br>☐ Not listed. Explain ____ | _ |

<br>

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $      0.00 |
| **5b. Total claims from Part 2** | 5b. + | $      10,408,240.78 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $      10,408,240.78 |

Case: 22-41001    Doc# 1    Filed: 10/11/22    Entered: 10/11/22 21:19:44    Page 21 of 38

Fill in this information to identify the case:

Debtor name      **North Fork Community Power, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property*
     (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest | **Lease  for log deck -- Parcel 043** |
| State the term remaining | |
| List the contract number of any government contract | **North Fork Community Development Council**<br>**P.O. Box 1484**<br>**North Fork, CA 93643** |
| **2.2.**  State what the contract or lease is for and the nature of the debtor's interest | **Lease Option for plant site, Parcels 016 & 017. Option has been exercised** |
| State the term remaining | |
| List the contract number of any government contract | **North Fork Community Development Council**<br>**P.O. Box 1484**<br>**North Fork, CA 93643** |
| **2.3.**  State what the contract or lease is for and the nature of the debtor's interest | **Generator Interconnection Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Pacific Gas & Electric**<br>**77 Beale St.**<br>**Attn: Office of General Counsel**<br>**San Francisco, CA 94105** |
| **2.4.**  State what the contract or lease is for and the nature of the debtor's interest | **Power Purchase Agreement** |
| State the term remaining | **20 years** |
| List the contract number of any government contract | **Pacific Gas & Electric Co.**<br>**P.O. Box 8329**<br>**Stockton, CA 95208-0329** |

Case: 22-41001   Doc# 1   Filed: 10/11/22   Entered: 10/11/22 21:19:44   Page 22 of 38

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Operation and Maintenance Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Phoenix Biomass Energy, Inc** |
| | List the contract number of any government contract | | **P.O. Box 30032** |
| | | | **Walnut Creek, CA 94598** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Restructuring Support Agreement** | |
|---|---|---|---|
| | State the term remaining | | **UMB Bank, N.A., Trustee for Lapis Adv.** |
| | List the contract number of any government contract | | **Corporate Trust & Escrow Services** |
| | | | **120 South Sixth St., Ste. 1400** |
| | | | **Minneapolis, MN 55402** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **North Fork Community Power, LLC**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)     _____

☐ Check if this is an
amended filing

Official Form 206H
# Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                                     *Column 2:* **Creditor**

| | Name | Mailing Address | Name | *Check all schedules that apply:* |
|---|---|---|---|---|
| 2.1 | **Phoenix Biomass Energy, Inc** | **P.O. Box 30032 Walnut Creek, CA 94598** | **UMB Bank, N.A., Trustee for Lapis Adv.** | ■ D   __2.2__<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | **Phoenix Biomass Energy, Inc** | **P.O. Box 30032 Walnut Creek, CA 94598** | **Central Valley NMTC Sub VII, LLC** | ☐ D ____<br>■ E/F   __3.2__<br>☐ G ____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Debtor name **North Fork Community Power, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

■ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

|  | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From  **1/01/2021** to **12/31/2021** | **Fuel and misc. income** | **$16,870.00** |
| **For year before that:**<br>From  **1/01/2020** to **12/31/2020** | **Grant income** | **$9,600.00** |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1.    **See attached Appendix SOFA 3** |  | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **All are in the ordinary course of business** |

Case: 22-41001    Doc# 1    Filed: 10/11/22    Entered: 10/11/22 21:19:44    Page 25 of 38

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **See attached Appendix SOFA 40** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **SCV Northfork LLC v. North Fork Community Power, et al MCV087175** | **Intracompany dispute** | **Madera Superior** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Case: 22-41001    Doc# 1    Filed: 10/11/22    Entered: 10/11/22 21:19:44    Page 26 of 38

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **MacConaghy & Barnier, PLC** | | **9/27/22** | **$75,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**Debtor** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Address | Dates of occupancy From-To |
|---|---|

---

**Part 8:**    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:**    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **First Republic Bank** | XXXX-8144 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 9/25/22 | $0.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Case: 22-41001   Doc# 1   Filed: 10/11/22   Entered: 10/11/22 21:19:44   Page 28 of 38

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|

---

Case: 22-41001   Doc# 1   Filed: 10/11/22   Entered: 10/11/22 21:19:44   Page 29 of 38

26. **Books, records, and financial statements**

    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

      ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Novogradac & Co., LLP**<br>**211 East Ocean**<br>**Suite 600**<br>**Long Beach, CA 90802** | **2020-present** |
| 26a.2.  **Uptown Bookkeeping**<br>**8845 Elder Creek Rd.**<br>**Sacramento, CA 95828** | **2020 - present** |

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

      ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **Novogradac & Co., LLP**<br>**211 East Ocean**<br>**Suite 600**<br>**Long Beach, CA 90802** | **2020- present.**<br>**Balance sheets only** |

    26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

      ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Debtor** | |
| 26c.2.  **Uptown Bookkeeping**<br>**8845 Elder Creek Rd.**<br>**Sacramento, CA 95828** | |

    26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

      ☐ None

| Name and address |
|---|
| 26d.1.  **Lapis Advisors, LP**<br>**811 East 17th Ave**<br>**Attn. Kjerstin Hatch and Cody Noll**<br>**Denver, CO 80218** |
| 26d.2.  **Trans Pecos Bank**<br>**112 E. Pecan St., Ste. 800**<br>**San Antonio, TX 78205** |
| 26d.3.  **EQTEC PLC**<br>**Building 1000**<br>**City Gate**<br>**Mahon**<br>**Cork, Ireland** |

27. **Inventories**

    Have any inventories of the debtor's property been taken within 2 years before filing this case?

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | | | Debtor has 800-1000 tons of logs to be used in biomass energy production. Estimated value $45,000.00 |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **Debtor** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Phoenix Biomass Energy, Inc | P.O. Box 30032 Attn. Gregory J. Stangl Walnut Creek, CA 94598 | Managing Member | See List of Equity Security Holdings |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| NFCDC Holding | P.O. Box 1484 Attn. Wade Wheeler North Fork, CA 93643 | Managing member | See List of Equity Security Holders |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| EQTEC PLC, Attn. David Palumbo | Building 1000 City Gate Mahon Cork, IR | Managing Member | See List of Equity Security Holders |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Dan Rosenberg | NFCDC Holding | Authorized agent of Managing Member | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **See Appendix SOFA 40** | | | |
| | **Relationship to debtor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __October 11, 2022__

__/s/ Gregory J. Stangl__            **Gregory J. Stangl**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    __Authorized Agent__

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
## Northern District of California

In re __North Fork Community Power, LLC__      Case No. _____

Debtor(s)      Chapter    __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Cadir & Susan Lee Trust**<br>**227 Alemendra Ave**<br>**Los Gatos, CA 95030** | **Class A** | **10** | **LLC Non-Managing Member** |
| **EQTEC PLC**<br>**Building 1000**<br>**City Gate**<br>**Mahon T12W7CV**<br>**Cork, Rep. of Ireland** | **Class A** | **3767** | **LLC Managing Member** |
| **NFCDC Holding LLC**<br>**North Fork Community Development Cn.**<br>**P.O. Box 1484**<br>**North Fork, CA 93643** | **Class A** | **1906** | **LLC Managing Member** |
| **Phoenix Biomass Energy, Inc**<br>**P.O. Box 30032**<br>**Walnut Creek, CA 94598** | **Class A** | **1887** | **LLC Managing Member** |
| **Reliable Renewables Energy LLC**<br>**1605 Cranway Dr.**<br>**Houston, TX 77055** | **Class A** | **197** | **LLC Non-Managing Member** |
| **SCV North Fork, LLC**<br>**9532 E. Riggs Rd.**<br>**Sun Lakes, AZ 85248** | **Class B** | **5,100** | **LLC Non-Managing Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the **Authorized Agent** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   __October 11, 2022__        Signature __/s/ Gregory J. Stangl__

                                                  **Gregory J. Stangl**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Northern District of California

In re  **North Fork Community Power, LLC**                        Case No. _____
                                               Debtor(s)          Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Agent of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **October 11, 2022**                    **/s/ Gregory J. Stangl**
                                                **Gregory J. Stangl**/**Authorized Agent**
                                                Signer/Title

Andrew Jacobson
Bay Oak Law
1939 Harrison St. Ste. 929
Oakland, CA 94612


Bergman & Allerdice
1200 Wilshire Blvd, Ste. 610
Attn. Beth Bergman
Los Angeles, CA 90017


Cal. EDD
PO Box 826846
Sacramento, CA 94246-0001


Central Valley NMTC Sub VII, LLC
1401 Fulton St., Ste. 604
Fresno, CA 93721


County of Madera Tax Collector
200 W. 4th St.
Madera, CA 93637


EQTEC PLC
Building 1000
City Gate
Mahon T12 W7CV
Cork, Rep. of Ireland


Franchise Tax Board
Special Procedures
P.O. Box 2952
Sacramento, CA 95812


Holland & Knight LLP
131 So. Dearborn St., 30th Floor
Attn. Sameer Patel, Esq.
Chicago, IL 60603

Internal Revenue Service
Special Procedures (CIO)
Philadelphia, PA 19114


James Holland
Stinson LLP
1850 N. Central Ave., Ste. 2200
Phoenix, AZ 85004


Lapis Advisors, LP
811 East 17th Ave
Attn. Kjerstin Hatch and Cody Noll
Denver, CO 80218


Locke Lord LLP
111 Huntington Ave
Attn. Adrienne K. Walker
Boston, MA 02199


Locke Lord LLP
300 S. Grand Ave, Ste. 2600
Attn David Kupetz
Los Angeles, CA 90071


Merrick Garland
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20430-0001


North Fork Community Development Council
P.O. Box 1484
North Fork, CA 93643


Pacific Gas & Electric
77 Beale St.
Attn: Office of General Counsel
San Francisco, CA 94105

```
Pacific Gas & Electric Co.
P.O. Box 8329
Stockton, CA 95208-0329


Phoenix Biomass Energy, Inc
P.O. Box 30032
Walnut Creek, CA 94598


Rebecca Yore
Vice President, Community Dev. Banking
JP Morgan Chase Bank
10 So. Dearborn, Floor 19 IL1- 0953
Chicago, IL 60603


Rob Bonta
Office of the Attorney General
1515 Clay St.
Attn. Service of Process
Oakland, CA 94612


Stephanie M. Hinds
U.S. Attorney, N.D. Cal
450 Golden Gate Ave., 11th Floor
Attn. Civil Process Desk
San Francisco, CA 94102


Timothy Karp
Chase Community Equity, LLC
JP Morgan Chase Bank NA
300 South Grand Ave 4th Floor
Los Angeles, CA 90071


UMB Bank, N.A.
928 Grand Blvd
Attn. Mark Heer and Scott Matthews
Kansas City, MO 64106


UMB Bank, N.A., Trustee for Lapis Adv.
Corporate Trust & Escrow Services
120 South Sixth St., Ste. 1400
Minneapolis, MN 55402
```

# United States Bankruptcy Court
## Northern District of California

In re   **North Fork Community Power, LLC**                                        Case No. _____

_____  Debtor(s)          Chapter        **11**  _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **North Fork Community Power, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**EQTEC PLC**
**Building 1000**
**City Gate**
**Mahon T12W7CV**
**Cork, Rep. of Ireland**

**NFCDC Holding LLC**
**North Fork Community Development Cn.**
**P.O. Box 1484**
**North Fork, CA 93643**

**Phoenix Biomass Energy, Inc**
**P.O. Box 30032**
**Walnut Creek, CA 94598**

☐ None [*Check if applicable*]

**October 11, 2022**                                        **/s/ John H. MacConaghy**
_____          _____
Date                                                          **John H. MacConaghy 083684**
                                                             Signature of Attorney or Litigant
                                                             Counsel for   **North Fork Community Power, LLC**
                                                             **MacConaghy & Barnier, PLC**
                                                             **645 First St. West, Suite D**
                                                             **Sonoma, CA 95476**
                                                             **707-935-3205 Fax:707-935-7051**