MacCONAGHY & BARNIER, PLC
JOHN H. MacCONAGHY, State Bar No. 83684
JEAN BARNIER, State Bar No. 231683
645 First St. West
Sonoma, California 95476
Telephone: (707) 935-3205
Facsimile: (707) 935-7051
Email:   macclaw@macbarlaw.com

Proposed Attorneys for Debtor in possession

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>NORTH FORK COMMUNITY POWER, LLC<br>a California limited liability company<br><br>   Debtor in possession. | Case No. 22-41001 RLE<br>(Chapter 11)<br><br>**CORPORATE RESOLUTION AUTHORIZING FILING OF PETITION FOR RELIEF** |

## RESOLUTION AUTHORIZING
## CORPORATE (Limited Liability Company) DEBTOR'S PETITION

RESOLVED that in the judgment of the Managing Members of North Fork Community Power, LLC, a California limited liability company ("the LLC"), as determined pursuant to Article VIII of the "Fifth Amended and Restated Limited Liability Operating Agreement of North Fork Community Power, LLC", it is desirable and for the best interests of the LLC, its creditors, members and other interested parties that a petition be filed by the LLC under the provisions of Chapter 11 of the Bankruptcy Code; and it is further

RESOLVED that the form of petition under said Chapter 11 be, and the same hereby is, approved and adopted in all respects, and that Gregory J. Stangl, Chief Executive Officer of Phoenix Biomass Energy, Inc, Co-Managing Member of the LLC, be, and he hereby is, authorized and directed, on behalf of and in the name of this LLC, to execute and verify a petition substantially in such form and to cause the same to be filed with the United States Bankruptcy Court; and it is further

RESOLVED that Gregory J. Stangl, be, and he hereby is, authorized to execute and file all petitions, schedules, lists and other papers and to take any and all action which he may deem necessary or proper in connection with such proceedings under said Chapter 11, including the promulgation of a Chapter 11 Plan; and it is further

RESOLVED that in connection with such Chapter 11 proceedings, Gregory J. Stangl is authorized to retain and employ all assistance by MacConaghy & Barnier, PLC as legal counsel and any other professionals which may be necessary or proper with a view to the successful termination of such proceedings.

Dated: September 26, 2022

NORTH FORK COMMUNITY POWER, LLC
a California limited liability company

By:  PHOENIX BIOMASS ENERGY, INC.,
     Its Co-Managing Member

_____
By Gregory J. Stangl, Chief Executive Officer

**Resolution Authorizing Petition**

By: EQTEC, PLC
Its Co-Managing Member

_____
By David Palumbo, Chief Executive Officer

By: NFCDC HOLDING, LLC,
Its Co-Managing Member

*Wade Wheeler*
_____
By Wade Wheeler, Authorized Agent

**Resolution Authorizing Petition**