David S. Kupetz (Bar No. 125062)
david.kupetz@lockelord.com
Adrienne K. Walker (*pro hac vice forthcoming*)
awalker@lockelord.com
**LOCKE LORD LLP**
300 S. Grand Ave., Suite 2600
Los Angeles, CA 90071
Telephone:  (213) 485-1500

*Counsel to UMB Bank, N.A.,
solely in its capacity as Trustee*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>North Fork Community Power, LLC[1],<br>   a California limited liability company<br><br>                    Debtor. | Case No. 22-41001 RLE<br><br>Chapter 11 |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**NOTICE IS HEREBY GIVEN,** that pursuant to Fed. R. Bankr. P. 9010(b), Locke Lord LLP hereby appears as counsel for and on behalf of UMB Bank, N.A., as Trustee (the "***Trustee***"), a party in interest with respect to the above captioned case.

**NOTICE IS FURTHER GIVEN,** that pursuant to Fed. R. Bankr. P. 2002, it is requested that all notices given or required to be given in this case, including, but not limited to, all papers filed and served in all adversary proceedings in this case and all notices mailed to any statutory committees or their authorized agents, be given to and served upon:

---

[1] The Debtor's last four digits of its federal tax identification number is *3687, and its mailing address is PO Box 30032, Walnut Creek, CA 94598.

David S. Kupetz
LOCKE LORD LLP
300 S. Grand Ave., Suite 2600
Los Angeles, CA 90071
Telephone: 213-687-6774
Fax: 213-485-1200
david.kupetz@lockelord.com

and

Adrienne K. Walker (*pro hac vice forthcoming*)
LOCKE LORD LLP
111 Huntington Avenue
Boston, MA 02199
Telephone: 617-239-0211
Fax: 617-227-4420
awalker@lockelord.com

**NOTICE IS FURTHER GIVEN** that the foregoing request includes not only notices and papers referred to in Fed. R. Bankr. P. 2002, 3017 and 9007, but also includes, without limitation, all orders and notices of applications, hearing notices, motions, petitions, pleadings, requests, complaints, demands and other documents brought before the Court whether transmitted or conveyed by mail, hand delivery, telephone, email, facsimile, or otherwise that affects the Debtor, the property of the Debtor or its estate.

**NOTICE IS FURTHER GIVEN** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit (unless expressly stated otherwise therein) is intended to waive (i) Trustee's right to have final orders in non-core matters entered only after *de novo* review by a district judge, (ii) Trustee's right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto, (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Trustee may be entitled to in law or in equity, all of which such rights, claims, actions, defenses, setoffs, and recoupments the Trustee expressly reserves.

Dated: October 12, 2022                    Respectfully submitted,

/s/ David S. Kupetz

**LOCKE LORD LLP**
David S. Kupetz
300 S. Grand Ave., Suite 2600
Los Angeles, CA 90071
213-687-6774
david.kupetz@lockelord.com

*Counsel to UMB Bank, N.A., solely in its capacity as Trustee*

3

## Certificate of Service

I, David S. Kupetz, an attorney, certify that on October 12, 2022, I caused the foregoing **Notice of Appearance and Request for Notice and Service of Papers** to be served by electronic notice through the CM/ECF system of the United States Bankruptcy Court for the Northern District of California on those parties entitled to electronic service.

*/s/ David S. Kupetz*